STATE OF CONNECTICUT *v.* MICHAEL SPYKE

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 97 (AC 21585), is denied.

*James B. Streeto,* deputy assistant public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided July 15, 2002

STATE OF CONNECTICUT *v.* SCOTT WINER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 738 (AC 20476), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Louis S. Avitabile,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided July 17, 2002

CELIA ZAHRINGER *v.* GEORGE J. ZAHRINGER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 251 (AC 20687), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's order modifying the unallocated alimony and child support award?"